THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH T. COCKCROFT, as Executrix of JOHN V. COCKCROFT, Deceased, Appellant, *v.* RUDOLPH P. MILLER et al., Constituting the Board of Appeals of the Board of Standards and Appeals of the City of New York, Respondents.

*People ex rel. Cockcroft v. Miller,* 187 App. Div. 704, appeal dismissed. (Argued February 24, 1920; decided March 9, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1919, affirming in part and reversing in part an order of Special Term dismissing a writ of certiorari and sustaining three orders of the fire commissioner of the city of New York.

*Harold R. Medina* and *W. H. L. Edwards* for appellant. *William P. Burr, Corporation Counsel (John F. O'Brien, William A. Walling* and *F. E. V. Dunn* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Not voting: ELKUS, J.